## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**CSC,** *et al.*,<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)   **CIVIL NO. 06-629-JPG**<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

　　On September 18, 2007, the Court dismissed the complaint for failure to state a claim; Plaintiff was granted 30 days to file an amended complaint (*see* Doc. 49). No response to that order has been received, and the 30-day period has elapsed.

　　**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice for failure to state a claim. Plaintiff is advised that the dismissal of this action will count as one of his three allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

　　**IT IS SO ORDERED.**

　　Dated:　November 5, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　  s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge